STATE OF NEW JERSEY v. GONZALO MARRERO.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. SILVIO MUJICA.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GARY BEISEL.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RUSSELL E. RUSH.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ISAIAH MCDANIEL.

November 15, 1988.

Petition for certification denied.